IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Washington, Teresa A | Case Number: 05 B 32381 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/19/08 | Filed: 8/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 24, 2008
Confirmed: September 29, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 33,098.72 |  |
| Secured: |  | 24,361.73 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,415.00 |
| Trustee Fee: |  | 1,501.99 |
| Other Funds: |  | 4,820.00 |
| Totals: | 33,098.72 | 33,098.72 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Neal Feld | Administrative | 2,415.00 | 2,415.00 |
| 2. | MB Financial | Secured | 0.00 | 0.00 |
| 3. | Harris Trust & Savings Bank | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | MB Financial | Secured | 5,903.60 | 5,903.60 |
| 6. | Harris Trust & Savings Bank | Secured | 21,763.90 | 18,458.13 |
| 7. | Portfolio Recovery Associates | Unsecured | 225.00 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 763.83 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 425.00 | 0.00 |
| 10. | City Of Chicago | Unsecured | 580.30 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 325.00 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 325.00 | 0.00 |
| 13. | Preferred Open MRI | Unsecured | | No Claim Filed |
| 14. | Grand Victoria Casino | Unsecured | | No Claim Filed |
| 15. | Harrah's | Unsecured | | No Claim Filed |
| 16. | Chicago Sun Times | Unsecured | | No Claim Filed |
| 17. | Majestic Star Casino | Unsecured | | No Claim Filed |
| 18. | NICL Laboratories | Unsecured | | No Claim Filed |
| 19. | Sprint | Unsecured | | No Claim Filed |
| 20. | Tinley Park Medical Office | Unsecured | | No Claim Filed |
| 21. | University Surgeons | Unsecured | | No Claim Filed |
| 22. | Tulane Univ. Hosp. And Clinic | Unsecured | | No Claim Filed |
| 23. | Horseshoe Casino Hammond Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 32,726.63 | $ 26,776.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Washington, Teresa A

Printed: 8/19/08

Case Number:  05 B 32381
Judge:  Wedoff, Eugene R
Filed:  8/16/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 469.63 |
| 5% | 126.00 |
| 4.8% | 262.08 |
| 5.4% | 589.68 |
| 6.5% | 54.60 |
|  | _____ |
|  | $ 1,501.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

